# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MITCHELL HOWARD,** | : | Civil No. 1:12-cv-1562 |
| **Plaintiff,** | : | |
| v. | : | |
| **STEPHEN CHATCAUAGE, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 16th day of July, 2018, **IT IS HEREBY ORDERED** that the motion filed pursuant to Federal Rule of Civil Procedure 60(b) is **DENIED** with prejudice. Any appeal taken from this order is deemed frivolous and not in good faith.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge